| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorneys for Secured Creditor,<br>Truman 2021 SC9 Title Trust | |
| GERALD KANE<br>xxx-xx-9369<br><br>*Pro se.* | Case No. 25-10263-ABA<br><br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that ROMANO GARUBO & ARGENTIERI, hereby enters its appearance as attorneys for Truman 2021 SC9 Title Trust, Secured Creditor in the above proceeding, and pursuant to Bankruptcy Rule 2002 and 9010, requests that its name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

ROMANO GARUBO & ARGENTIERI<br>
Emmanuel J. Argentieri, Esquire<br>
52 Newton Avenue, P.O. Box 456<br>
Woodbury, New Jersey 08096<br>
(856) 384-1515<br>
eargentieri@rgalegal.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notice and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation,

notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

      This appearance and request for notice is made without prejudice to Truman 2021 SC9 Title Trust's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit Truman 2021 SC9 Title Trust to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: January 15, 2025                      ROMANO GARUBO & ARGENTIERI

                                              /s/EMMANUEL J. ARGENTIERI
                                                EMMANUEL J. ARGENTIERI

C: Gerald Kane, *Pro se.* via Regular and CRRR Mail