**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**



Order Filed on January 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    GERALD KANE

**Debtor**

Case No. 25-10263 (ABA)

Judge: Andrew B. Altenburg, Jr.

# ORDER DISMISSING DEBTOR'S CHAPTER 13 CASE AND IMPOSING 180-DAY BAR ON FUTURE FILINGS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 28, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page Two**
**Debtors:** **GERALD KANE**
**Case No.** **25-10263 (ABA)**
**Order:** **ORDER DISMISSING DEBTOR'S CHAPTER 13 CASE AND IMPOSING 180-DAY BAR ON FUTURE FILINGS**

___

This matter being opened by the Court upon an Order to Show Cause and a response having been filed by William H. Clunn, III, Esquire, Counsel for Andrew B. Finberg, the Chapter 13 Standing Trustee, and the Court having reviewed the pleadings submitted in connection with this matter therewith, and for good cause shown:

**IT IS ORDERED** that Case No. 25-10263 (ABA) is hereby dismissed;

**IT IS FURTHERED ORDERED** that Debtor is hereby barred from filing a new bankruptcy petition, in any chapter, for a period of 180-days from the date of this Order;

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-10263-ABA |
| Gerald Kane | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 28, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

**Recip ID        Recipient Name and Address**
db            + Gerald Kane, 106 24th St S, Brigantine, NJ 08203-1834

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:**

**Name**                    **Email Address**

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
    ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Charles G. Wohlrab
    on behalf of Creditor Nationstar d/b/a Rushmore as Servicer for Truman 2021 SC9 Title Trust bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor CSMC 2018-SP3 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Emmanuel J. Argentieri
    on behalf of Creditor Truman 2021 SC9 Title Trust bk@rgalegal.com

Kimberly A. Wilson

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 28, 2025 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor CSMC 2018-SP3 Trust kimwilson@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III

on behalf of Trustee Andrew B Finberg wclunn@standingtrustee.com

TOTAL: 8